DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEREMY RUTHERFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-0190 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| JEREMY SCOTT RUTHERFORD | Date: May 30, 2008 |
| Defendant. | Time: 9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for May 2, 2008, **may be continued to May 30, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant. Counsel for defendant is leaving the Office of the Federal Defender to enter private practice; new counsel will be appointed for defendant effective May 5, 2008, and will need time to review the file and meet and confer with defendant prior to the hearing. The requested continuance will also allow defendant's newly-appointed counsel additional time for on-going plea negotiation and additional defense investigation prior to the hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                    McGREGOR M. SCOTT
                    United States Attorney

DATED: April 30, 2008          By  /s/ Kimberly Sanchez
                                             KIMBERLY SANCHEZ
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

                    DANIEL J. BRODERICK
                    Federal Defender

DATED: April 30, 2008          By  /s/ Carrie S. Leonetti
                                             CARRIE S. LEONETTI
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JEREMY SCOTT RUTHERFORD

## ORDER

**Good Cause exists for the continuance.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 30, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE