IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY SCOTT RUTHERFORD, <br><br> Defendant. | Case No.: 1:07-cr-00190-001 LJO <br><br> ORDER FOR TRANSPORT TO WELLSPACE HEALTH INPATIENT DRUG AND ALCOHOL TREATMENT PROGRAM |

IT IS HEREBY ORDERED that defendant Jeremy Scott Rutherford shall be released to his wife, Yesenia Ramirez Rutherford, from the U.S. Marshal in Fresno on Tuesday, January 19, 2016. Yesenia Ramirez Rutherford will then transport Jeremy Scott Rutherford directly to the Wellspace Health Inpatient Drug and Alcohol Treatment Program located at 1550 Juliesse Avenue, Sacramento, California by 2:00pm on Tuesday, January 19, 2016 to be admitted and complete the entire residential program.

Dated: January 19, 2016

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE